NUMBER 13-00-080-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


WHATABURGER, INC. AND MARTIN ROBLEDO
, Appellants,


v.



AMELIA ALFARO
, Appellee.

___________________________________________________________________


On appeal from the 107th District Court 


of Cameron County, Texas.


___________________________________________________________________


O P I N I O N



Before Justices Dorsey, Hinojosa, and Chavez


Opinion Per Curiam



 Appellants, WHATABURGER, INC. AND MARTIN ROBLEDO,
perfected an appeal from a judgment entered by the 107th District Court
of Cameron County, Texas, in cause number 95-08-4143-A. After the
clerk's record was filed, the parties filed a joint motion to remand in aid
of settlement. In the motion, the parties state that they have reached
a compromise settlement agreement in this matter.

 The Court, having examined and fully considered the documents
on file and the parties' joint motion, is of the opinion that the motion
should be granted. The joint motion is granted, and the judgment of
the trial court is hereby REVERSED and the cause is REMANDED to the
trial court in accordance with the parties' settlement agreement. 

 PER CURIAM

Opinion ordered not published.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 12th day of October, 2000.